■ In the Matter of LAWRENCE R. CASTELLANO, Appellant, v JULIANE C. ROSS, Respondent. (Appeal No. 2.) [775 NYS2d 672]— Appeal from an order of the Family Court, Monroe County (Joan S. Kohout, J.), entered June 23, 2003 in a proceeding pursuant to Family Ct Act article 4. The order denied petitioner's motion for leave to reargue.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see Empire Ins. Co. v Food City, 167 AD2d 983, 984 [1990]). Present—Wisner, J.P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.